**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Johnathan Wynn<br>        Tiffani L. Wynn aka Tiffani Lene Kyttle<br>                Debtors | CHAPTER 7 |
| RoundPoint Mortgage Servicing Corporation<br>                Movant<br>        vs. | NO. 20-11219 AMC |
| Johnathan Wynn<br>Tiffani L. Wynn aka Tiffani Lene Kyttle<br>                Debtors | 11 U.S.C. Section 362 |
| Christine C. Shubert Esq.<br>                Trustee | |

**ORDER**

AND NOW, this             day of                  , 2020 at Philadelphia, upon failure of Debtors and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified with respect to the subject premises located at 607 Columbus Drive, Spring City, PA 19475 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

**Date: June 1, 2020**

_____
United States Bankruptcy Judge.

Johnathan Wynn
607 Columbus Drive
Spring City, PA 19475

Tiffani L. Wynn aka Tiffani Lene Kyttle
607 Columbus Drive
Spring City, PA 19475

TIMOTHY WILFONG, Law Office of Timothy E Wilfong LLC
20 South Main Street
Phoenixville, PA 19460

Christine C. Shubert Esq.
821 Wesley Avenue
Ocean City, NJ 08226

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532