Certificate Number: 00301-PAE-DE-034513534

Bankruptcy Case Number: 20-11219



00301-PAE-DE-034513534

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 1, 2020, at 3:05 o'clock PM EDT, JOHNATHAN WYNN completed a course on personal financial management given by internet by InCharge Debt Solutions, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  June 1, 2020         By:    /s/Sonia Cortez

Name:  Sonia Cortez

Title:  Certified Bankruptcy Counselor