Certificate Number: 00301-PAE-DE-034513533

Bankruptcy Case Number: 20-11219



00301-PAE-DE-034513533

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on <u>June 1, 2020</u>, at <u>3:05</u> o'clock <u>PM EDT</u>, <u>TIFFANI L WYNN</u> completed a course on personal financial management given <u>by internet</u> by <u>InCharge Debt Solutions</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>June 1, 2020</u>          By:     <u>/s/Sonia Cortez</u>

                                  Name:   <u>Sonia Cortez</u>

                                  Title:  <u>Certified Bankruptcy Counselor</u>