United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 20-11219-amc
Tiffani L Wynn                                                  Chapter 7
Johnathan Wynn
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2       User: Stacey              Page 1 of 1              Date Rcvd: Jun 01, 2020
                           Form ID: pdf900           Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 03, 2020.
db/jdb         +Tiffani L Wynn,   Johnathan Wynn,   607 Columbus Drive,   Spring City, PA 19475-1552

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jun 02 2020 04:21:10      City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 02 2020 04:20:28
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 02 2020 04:21:03     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2020                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 1, 2020 at the address(es) listed below:
          CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com
          REBECCA ANN SOLARZ    on behalf of Creditor   RoundPoint Mortgage Servicing Corporation
           bkgroup@kmllawgroup.com
          TIMOTHY  WILFONG    on behalf of Joint Debtor Johnathan  Wynn timwilfong@aol.com,
           notice1776@gmail.com
          TIMOTHY  WILFONG    on behalf of Debtor Tiffani L Wynn timwilfong@aol.com, notice1776@gmail.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Johnathan Wynn<br>        Tiffani L. Wynn aka Tiffani Lene Kyttle<br>                                    Debtors | CHAPTER 7 |
| RoundPoint Mortgage Servicing Corporation<br>                                    Movant<br>        vs. | NO. 20-11219 AMC |
| Johnathan Wynn<br>Tiffani L. Wynn aka Tiffani Lene Kyttle<br>                                    Debtors | 11 U.S.C. Section 362 |
| Christine C. Shubert Esq.<br>                                    Trustee | |

**ORDER**

AND NOW, this _____ day of _____, 2020 at Philadelphia, upon failure of Debtors and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified with respect to the subject premises located at 607 Columbus Drive, Spring City, PA 19475 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

**Date: June 1, 2020**

_____
United States Bankruptcy Judge.

Johnathan Wynn
607 Columbus Drive
Spring City, PA 19475

Tiffani L. Wynn aka Tiffani Lene Kyttle
607 Columbus Drive
Spring City, PA 19475

TIMOTHY WILFONG, Law Office of Timothy E Wilfong LLC
20 South Main Street
Phoenixville, PA 19460

Christine C. Shubert Esq.
821 Wesley Avenue
Ocean City, NJ 08226

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532