United States Bankruptcy Court
Eastern District of Pennsylvania

In re:	Case No. 20-11219-amc
Tiffani L Wynn	Chapter 7
Johnathan Wynn
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Stacey              Page 1 of 2              Date Rcvd: Jun 23, 2020
                            Form ID: 318              Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2020.
```
db/jdb         +Tiffani L Wynn,    Johnathan Wynn,    607 Columbus Drive,    Spring City, PA 19475-1552
14474390       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14474400        Einstein Medical Center Montgomery,     PO Box 789742,    Philadelphia, PA 19178-9742
14474401        Grimley Financial Corp,    1415 Route 70E STE LL5,    Cherry Hill, NJ 08034-2229
14474402       +Guardian Protection,    174 Thorn Hill Road,    Warrendale, PA 15086-7528
14474403        Guardian Protection Services,    PO Box 37751,    Philadelphia, PA 19101-5051
14474405       +Police and Fire Federal Credit Union,    1 Greenwood Square Office Park,    3333 Street Road,
                 Bensalem, PA 19020-2022
14474406       +Police and Fire Federal Credit Union,    3333 Street Road,    Bensalem, PA 19020-2022
14474407        Raymour & Flanigan,    PO Box 100114,    Columbia, SC 29202-3114
14474408        Raymour & Flannigan,    PO Box 100270,    Columbia, SC 29202-3270
14474409       +RoundPoint Mortgage Servicing Corporatio,    5016 Parkway Plaza Blvd Buildings 6 & 8,
                 Charlotte, NC 28217-1932
14474413       +Timothy E. Wilfong, Esquire,    Law Office of Timothy E Wilfong LLC,    20 South Main Street,
                 Phoenixville, PA 19460-3436
14474414       +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
14474415       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Jun 24 2020 05:43:28      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 24 2020 05:42:02
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 24 2020 05:42:39      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14474389       +E-mail/Text: broman@amhfcu.org Jun 24 2020 05:42:20      American Heritage Federal Credit Union,
                 2060 Red Lion Rd,    Philadelphia, PA 19115-1699
14474391        EDI: CAPITALONE.COM Jun 24 2020 09:03:00      Capital One Bank N.A.,    Attn: Bankruptcy Dept.,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
14474392        EDI: CAPITALONE.COM Jun 24 2020 09:03:00      Capital One, N.A.,    PO Box 71083,
                 Charlotte, NC 28272-1083
14474394        EDI: CITICORP.COM Jun 24 2020 09:03:00      Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
14474395       +EDI: CITICORP.COM Jun 24 2020 09:03:00      CitiBank,    Po Box 6497,
                 Sioux Falls, SD 57117-6497
14474396       +EDI: CITICORP.COM Jun 24 2020 09:03:00      Citibank, N.A.,,    701 East 60th Street North,
                 Sioux Falls, SD 57104-0493
14474398        EDI: DISCOVER.COM Jun 24 2020 09:03:00      Discover Finance,    Po Box 30943,
                 Salt Lake City, UT 84130-0943
14474397        EDI: DISCOVER.COM Jun 24 2020 09:03:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH 43054-3025
14474399       +EDI: DCI.COM Jun 24 2020 09:03:00      Diversified Consultants, Inc.,
                 10550 Deerwood Park Blvd #309,    Jacksonville, FL 32256-2805
14474393        EDI: JPMORGANCHASE Jun 24 2020 09:03:00      Chase,    PO Box 15298,    Wilmington, DE 19850-5298
14474404        EDI: JPMORGANCHASE Jun 24 2020 09:03:00      JPMorgan Chase Bank, National Assoc.,
                 Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203
14474410        EDI: NEXTEL.COM Jun 24 2020 09:03:00      Sprint Corp.,    Attn Bankruptcy Dept.,    PO Box 7949,
                 Overland Park KS 66207-0949
14474411        EDI: RMSC.COM Jun 24 2020 09:03:00      Synchrony Bank,    Attn: Bankruptcy Dept.,
                 PO Box 965060,    Orlando, FL 32896-5060
14474412        EDI: TDBANKNORTH.COM Jun 24 2020 09:03:00      TD Banknorth,    PO Box 84037,
                 Columbus, GA 31908-4037
                                                                                              TOTAL: 17
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: Stacey              Page 2 of 2              Date Rcvd: Jun 23, 2020
                              Form ID: 318              Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2020                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 23, 2020 at the address(es) listed below:
              CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com
              REBECCA ANN SOLARZ    on behalf of Creditor    RoundPoint Mortgage Servicing Corporation
               bkgroup@kmllawgroup.com
              TIMOTHY   WILFONG    on behalf of Joint Debtor Johnathan  Wynn timwilfong@aol.com,
               notice1776@gmail.com
              TIMOTHY   WILFONG    on behalf of Debtor Tiffani L Wynn timwilfong@aol.com,  notice1776@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Tiffani L Wynn** | Social Security number or ITIN **xxx–xx–7794** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Johnathan Wynn** | Social Security number or ITIN **xxx–xx–4027** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **Eastern District of Pennsylvania**

Case number:  **20–11219–amc**

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Tiffani L Wynn  
aka Tiffani Lene Kyttle

Johnathan Wynn

6/23/20

**By the court:**  Ashely M. Chan  
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318    **Order of Discharge**    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318               **Order of Discharge**               page 2